**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * * * | |
| V. | * * | |
| BRIGHTER FUTURES BEHAVIORAL, INC. | * * * * | NO: 4:09CR00058-01  SWW |

**ORDER and AMENDED JUDGMENT**

On February 25, 2009, Defendant Brighter Futures Behavioral, Inc. pleaded guilty to health care fraud.  On December 24, 2009, the Court imposed probation for a term of four years, ordered that Defendant make restitution payments to the Arkansas Medicaid Program Trust Fund in the amount of $96,582.25, and levied a fine in the amount of $85,000.  Now before the Court is the United States' unopposed motion to modify the conditions of probation by reducing the restitution order by $46,282.2 and reducing the fine to $500.

In support of its motion, the Government reports that Defendant has paid $50,300 toward restitution, but no payments have been received since December 10, 2009.  The Government further reports that it has conferred with the United States Probation Officer charged with supervising Defendant's compliance with the terms of probation, a special agent involved in the investigation of this case, and defense counsel.  Based on these contacts, the Government has learned that Defendant is no longer a going concern and has no assets, and the corporate principals are without resources to satisfy the restitution order or to pay the fine imposed.

Section 3563(c) authorizes district courts to "modify reduce, or enlarge the conditions of

a sentence of probation at any time prior to the expiration or termination of the term of probation . . . . "  Pursuant to this authority, the unopposed motion (ECF No. 28) is GRANTED.

IT IS HEREBY ORDERED that the Judgment in this case is amended to reflect that the total restitution imposed is hereby reduced to $50,300, the amount which Defendant has paid, and the fine imposed is reduced to $500.

IT IS FURTHER ORDERED that all other conditions of probation remain in place.

IT IS SO ORDERED THIS 28TH DAY OF JUNE, 2013.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE